KATHLEEN ELLIS FAULKNER, ESQ. SBN: 128883
FAULKNER LAW OFFICES
1825 -18th STREET
BAKERSFIELD, CA 93301
(661) 327-0601

Attorney for Plaintiff,
ENRIQUE SALAZAR

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF KERN, METROPOLITAN DIVISION

| | |
|---|---|
| ENRIQUE SALAZAR,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN; DETENTION OFFICER ROBERT REED (Badge #516); DETENTION OFFICER JOHN ROMERO (Badge #322); SHERIFF CARL SPARKS; and DOES 1-50,<br><br>Defendant. | Case No.: 1: 02 CV 6185 DLB<br><br>STIPULATION AND ORDER CONTINUING PRETRIAL AND TRIAL |

The parties, by and through their respective attorneys of record, hereby stipulate and agree to amendment of the Scheduling Conference Order in the above-referenced matter as follows:

1. Pretrial Conference be continued from July 8, 2005, at 1:30 p.m., in Courtroom Five (5), to August 26, 2005, at 1:30 p.m., in Courtroom Five (5);

2. Jury Trial be continued from August 16, 2005, at 9:00 a.m. in Courtroom Five (5), to October 18, 2005, at 9:00 a.m., in Courtroom Five (5);

///

///

///

1  No other dates are changed by this Stipulation or Order.

2  DATED: June 10, 2005                          FAULKNER LAW OFFICES

4                                                By:   Kathleen Ellis Faulkner \S\
                                                       KATHLEEN ELLIS FAULKNER
5                                                      Attorney for Plaintiff

6  DATED: June 10, 2005                          COUNTY COUNSEL'S OFFICE

8                                                By:   Andrew C. Thomson \S\
                                                       ANDREW C. THOMSON
                                                       Attorney for Defendants

## ORDER

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that:

1. Pretrial Conference be continued from July 8, 2005, at 1:30 p.m., in Courtroom Five (5), to August 26, 2005, at 1:30 p.m., in Courtroom Five (5);

2. Jury Trial be continued from August 16, 2005, at 9:00 a.m. in Courtroom Five (5), to October 18, 2005, at 9:00 a.m., in Courtroom Five (5);

IT IS SO ORDERED.

**Dated:   June 13, 2005**                       /s/ Dennis L. Beck
3b142a                                           UNITED STATES MAGISTRATE JUDGE