**JAMES L. FAULKNER, ESQ. SBN 61090**
**KATHLEEN ELLIS FAULKNER, ESQ., SBN 128883**
**MATTHEW J. FAULKNER, ESQ., SBN 216126**
**FAULKNER LAW OFFICES**
**1825 -18th STREET**
**BAKERSFIELD, CA 93301**
**(661) 327-0601**

**Attorney for Plaintiff,**
**ENRIQUE SALAZAR**

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF KERN, METROPOLITAN DIVISION

| | |
|---|---|
| ENRIQUE SALAZAR,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN; DETENTION OFFICER ROBERT REED (Badge #516); DETENTION OFFICER JOHN ROMERO (Badge #322); SHERIFF CARL SPARKS; and DOES 1-50,<br><br>Defendant. | Case No.: 1: 02 CV 6185 DLB<br><br>**STIPULATION AND ORDER SETTING SETTLEMENT CONFERENCE AND CONTINUING PRETRIAL AND TRIAL** |

The parties, by and through their respective attorneys of record, hereby stipulate and agree to amendment of the Scheduling Conference Order in the above-referenced matter as follows:

1. Pretrial Conference be continued from August 26, 2005, at 1:30 p.m., in Courtroom Five (5), to January 20, 2006, at 1:30 p.m., in Courtroom Five (5);

2. Jury Trial be continued from October 18, 2005, at 9:00 a.m. in Courtroom Five (5), to March 7, 2006, at 9:00 a.m., in Courtroom Five (5);

3. A Settlement Conference be set for November 22, 2005, at 10:00 a.m., in front of U.S. Magistrate Judge Lawrence J. O'Neill;

///

///

1     No other dates are changed by this Stipulation or Order.

2   DATED: July 29, 2005                       FAULKNER LAW OFFICES

4                                       By:    James L. Faulkner/s/
5                                                JAMES L. FAULKNER
                                             Attorney for Plaintiff

6   DATED: July 29, 2005                       COUNTY COUNSEL'S OFFICE

8                                       By:    Andrew C. Thomson/s/
                                             ANDREW C. THOMSON
                                             Attorney for Defendants

## ORDER

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that:

1.    Pretrial Conference is continued from August 26, 2005, at 1:30 p.m., in Courtroom Five (5), to January 20, 2006, at 1:30 p.m., in Courtroom Five (5));

2.    Jury Trial is continued from October 18, 2005, at 9:00 a.m. in Courtroom Five (5), to March 7, 2006, at 9:00 a.m., in Courtroom Five (5);

3.    A Settlement Conference is set for November 22, 2005, at 10:00 a.m. before U.S. Magistrate Judge Lawrence J. O'Neill

                                                    IT IS SO ORDERED.

    **Dated:   July 29, 2005**             **/s/ Dennis L. Beck**
3b142a
    UNITED STATES MAGISTRATE JUDGE