James L. Faulkner, Esq. SBN 61090
Kathleen Ellis Faulkner, Esq. SBN 128883
Matthew J. Faulkner, Esq. SBN 216126
Faulkner Law Offices
1825 18th Street
Bakersfield, CA 93301
(661) 327-0601

Attorneys for Plaintiff,
ENRIQUE SALAZAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ENRIQUE SALAZAR, | Case No.: 1: 02 CV 6185 DLB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING PRETRIAL AND TRIAL |
| vs. | U.S. Magistrate Judge Dennis L. Beck |
| COUNTY OF KERN; DETENTION OFFICERS ROBERT REED, JOHN ROMERO, DANIEL LINDINI, JAMES DUNEHEW; DETENTION OFFICER CLARK; SHERIFF CARL SPARKS, | |
| Defendants. | |

The parties, by and through their respective attorneys of record, hereby stipulate and agree to amend the Scheduling Conference Order in the above-referenced matter as follows:

1. Pretrial Conference be continued from January 20, 2006, at 1:30 p.m., in Courtroom Five (5), to March 10, 2006, at 1:30 p.m., in Courtroom Five (5);

///

///

///

///

1

2.      Jury Trial be continued from March 7, 2006, at 9:00 a.m. in Courtroom Five (5), to, May 9, 2006 at 9:00 a.m., in Courtroom Five (5);

No other dates are changed by this Stipulation or Order.

DATED: January 4, 2006                           FAULKNER LAW OFFICES

                                                 By:    /s/ James L. Faulkner
                                                        JAMES L. FAULKNER
                                                        Attorney for Plaintiff

DATED: January 4, 2006                           COUNTY COUNSEL'S OFFICE


                                                 By:    /s/ Mark L. Nations
                                                        MARK L. NATIONS
                                                        Attorney for Defendants


## ORDER

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefore:

IT IS HEREBY ORDERED that:

1.      Pretrial Conference is continued from January 20, 2006, at 1:30 p.m., in Courtroom Five (5), to March 10, 2006, at 1:30 p.m., in Courtroom Five (5));

2.      Jury Trial is continued from March 7, 2006, at 9:00 a.m. in Courtroom Five (5), to May 9, 2006, at 9:00 a.m., in Courtroom Five (5);

IT IS SO ORDERED.

DATED: January 10, 2006                            /s/ Dennis L. Beck
                                                 DENNIS L. BECK, U.S. MAGISTRATE JUDGE