**JAMES L. FAULKNER, ESQ. SBN 61090**
**MATTHEW J. FAULKNER, ESQ. SBN 216126**
**FAULKNER LAW OFFICES**
**1825 18th Street**
**Bakersfield, CA 93301**
**(661) 327-0601**

**Attorney for Plaintiff,**
**ENRIQUE SALAZAR**

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF KERN, METROPOLITAN DIVISION

| | |
|---|---|
| ENRIQUE SALAZAR,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN; DETENTION OFFICER ROBERT REED (Badge #516); DETENTION OFFICER JOHN ROMERO (Badge #322); SHERIFF CARL SPARKS; and DOES 1-50,<br><br>Defendant. | Case No.: 1: 02 CV 6185 DLB<br><br>**STIPULATION AND ORDER CONTINUING PRETRIAL AND TRIAL** |

    The parties, by and through their respective attorneys of record, hereby stipulate and agree to amendment of the Scheduling Conference Order in the above-referenced matter as follows:

    1.    Pretrial Conference be continued from March 10, 2006, at 1:30 p.m., in Courtroom Five (5), to June 30, 2006, at 1:30 p.m., in Courtroom 9 (6th floor), 2500 Tulare Street, Fresno, California;

    2.    Jury Trial be continued from May 9, 2006, at 9:00 a.m. in Courtroom Five (5), to August 29, 2006, at 9:00 a.m., in Courtroom 9 (6th floor), 2500 Tulare Street, Fresno, California;

///

///

///

Stipulation and Order Continuing Pretrial and Trial

No other dates are changed by this Stipulation or Order.

DATED: February 10, 2006                 FAULKNER LAW OFFICES

                                         By:   /s/ James L. Faulkner
                                               JAMES L. FAULKNER
                                               Attorney for Plaintiff

DATED: February 10, 2006                 COUNTY COUNSEL'S OFFICE

                                         By:   /s/ Andrew C. Thomson
                                               ANDREW C. THOMSON
                                               Attorney for Defendants

## ORDER

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that:

1. Pretrial Conference be continued from March 10, 2006, at 1:30 p.m., in Courtroom Five (5), to June 30, 2006, at 1:30 p.m., in Courtroom 9 (6th floor), 2500 Tulare Street, Fresno, California;

2. Jury Trial be continued from May 9, 2006, at 9:00 a.m. in Courtroom Five (5), to August 29, 2006, at 9:00 a.m., in Courtroom 9 (6th floor), 2500 Tulare Street, Fresno, California;

IT IS SO ORDERED.

**Dated:   February 10, 2006**                 **/s/ Dennis L. Beck**
3b142a                                         UNITED STATES MAGISTRATE JUDGE