1  James L. Faulkner, Esq. SBN 61090
   Kathleen Ellis Faulkner, Esq. SBN 128883
2  Matthew J. Faulkner, Esq. SBN 216126
   Faulkner Law Offices
3  1825 18th Street
   Bakersfield, CA 93301
4  (661) 327-0601

5  Attorneys for Plaintiff,
   ENRIQUE SALAZAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ENRIQUE SALAZAR, | Case No.: CIV-F-02-6185-OWW-DLB |
|---|---|
| Plaintiff, | NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO DISMISS ENTIRE ACTION |
| vs. | U.S. Magistrate Judge Dennis L. Beck |
| COUNTY OF KERN; et al., | |
| Defendants. | |

   PLEASE TAKE NOTICE that the parties have reached a settlement in the above-caption matter.

///

///

///

///

///

///

///

///

1

Stipulation And Order Of Notice Of Settlement And To Dismiss Entire Action

THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that plaintiff Enrique Salazar and defendants Detention Officers Robert Reed, John Romero, Daniel Lindini, James Dunehew, Detention Officer Clark, Sheriff Carl Sparks and County of Kern have reached a resolution in the above-captioned matter with each party to bear their own costs and that this matter be dismissed with prejudice, in its entirety pursuant to Federal Rules of Civil Procedure 41(a)(1) and (2).

DATED: June 2, 2006                    FAULKNER LAW OFFICES

                                      By:    /s/ Matthew J. Faulkner
                                              MATTHEW J. FAULKNER
                                              Attorney for Plaintiff

DATED: June 1, 2006                    OFFICE OF COUNTY COUNSEL

                                      By:    /s/ Andrew Thomson
                                              ANDREW THOMSON
                                              Attorney for Defendants

### ORDER

The stipulation of the parties having been read and considered by the Court and good cause appearing therefore,

IT IS HEREBY ORDERED that the entire above-captioned action be dismissed with prejudice.

IT IS SO ORDERED.

DATED: June 9, 2006                    /s/ *Dennis L. Beck*
                                             U.S. MAGISTRATE JUDGE